IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IRMA DEAN WILLIAMS,              )<br>                                  )<br>    Plaintiff,                   )<br>                                  )<br>    v.                            )<br>                                  )<br>EDWARD ELLINGTON, Warden,         )<br>et al.,                           )<br>                                  )<br>    Defendants.                   ) | CIVIL ACTION NO.<br>2:15cv445-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about the defendants' alleged denial of her requests for medical treatment for bowel obstruction. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to notify the court of her changed address and respond to court orders. There are no objections to the recommendation. After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of October, 2015.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**